# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

## MEMORANDUM


FILED
MAY 29 2009
CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

Honorable Edward J. Garcia
Senior United States District Judge
Sacramento, California

RE: **Chung Jeng TANG**
Docket Number: **2:09CR00159-01**
<u>**CONTINUANCE OF JUDGMENT
AND SENTENCING**</u>

Your Honor:

Per agreement with both counsel, it is respectfully requested that the above-referenced case be continued from June 26, 2009 to July 17, 2009 at 10 a.m. (See attached amended Schedule for Disclosure.)

**REASON FOR CONTINUANCE:** Unavailability of the Probation Officer and to allow adequate time for counsel to submit written objections to the draft Pre-Sentence Report.

By copy of this memorandum, the Court Clerk is being requested to make appropriate changes in the Court calendar.

Respectfully submitted,

THOMAS H. BROWN
Senior United States Probation Officer

REVIEWED BY: _____
KAREN A. MEUSLING
Supervising United States Probation Officer

Dated:   May 20, 2009
         Sacramento, California
         THB:thb

Attachment

1

RE: Chung Jeng TANG
Docket Number: 2:09CR00159-01
**CONTINUANCE OF JUDGMENT AND SENTENCING**

Attachment

cc: Clerk, United States District Court
United States Attorney's Office
United States Marshal's Office
Kresta N. Daly, Attorney at Law
Probation Office Calendar clerk

✓ Approved

_[signature]_ 5/27/09
**EDWARD J. GARCIA**
**Senior United States District Judge**     Date

___ Disapproved