KRESTA NORA DALY, SBN 199689
Rothschild Wishek & Sands, LLP
901 F Street, Suite 200
Sacramento, CA 95814

Attorney for Chungjeng Tang

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: 2:09-CR-159-EJG |
| Plaintiff, | ) STIPULATION AND ORDER |
| v. | ) DATE:  July 17, 2009 <br> ) TIME:  10:00 a.m. |
| Chungjeng Tang | ) JUDGE: Honorable Edward J. Garcia |
| Defendants. | ) |

It is hereby stipulated and agreed to between the United States of America through KYLE REARDON, Assistant U.S. Attorney, and defendant, Chungjeng Tang, through his counsel, KRESTA DALY, that the sentencing hearing of July 17, 2009 be vacated and that a new sentencing hearing date be set for October 23, 2009 at 10:00 a.m.

This continuance is being requested because of personal reasons involving both counsel for the Government and the defense.  Specifically on May 30, 2009 Mr. Reardon and his wife were traveling in Europe.  Mr. Reardon's wife gave birth approximately two and a half months earlier than expected.  Mr.

1

Reardon is currently in Europe and does not expect to return to work until August 1, 2009 at the very earliest.

Defense counsel is expected to go on maternity leave in late July and does not expect to return to work until the early part of October 2009.

The parties further request the court adopt the following new dates: corrections and formal objections to the pre-sentence report shall be due on or before October 16, 2009, the pre-sentence report shall be filed with the court on or before October 9, 2009, informal objections to the pre-sentence report shall be received by Probation on or before October 2, 2009. Counsel have already received the draft copy of the pre-sentence report.

DATED: June 23, 2009          Respectfully submitted,


                                s/Kresta Daly_____
                              KRESTA DALY
                              Attorney for Charles Johnson



                                s/Kresta Daly_____
DATED: June 23, 2009          KYLE REARDON
                              Assistant United States Attorney



**O R D E R**

**IT IS SO ORDERED.**

DATED: June 25, 2009          /s/ Edward J. Garcia
                              HONORABLE EDWARD J. GARCIA

2