```
 1  KRESTA NORA DALY, SBN 199689
    Rothschild Wishek & Sands, LLP
 2  901 F Street, Suite 200
    Sacramento, CA 95814
 3
 4  Attorney for Chung Jeng Tang
 5
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT
 9             FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,      ) Case No.: 2:09-CR-159-EJG
                                   )
12           Plaintiff,            ) STIPULATION AND ORDER
                                   )
13       v.                        ) DATE:  November 4, 2009
                                   ) TIME:  10:00 a.m.
14  CHUNG JENG TANK,               ) JUDGE: Honorable Edward J.
                                   )        Garcia
15           Defendant.            )
                                   )
16  ─────────────────────────────
17       It is hereby stipulated and agreed to between the United
18  States of America through KYLE REARDON, Assistant U.S. Attorney,
19  and defendant, Chung Jeng Tang, through his counsel, KRESTA
20  DALY, that the sentencing hearing of November 4, 2009 be vacated
21  and that a new sentencing hearing date be set for December 11,
22  2009 at 10:00 a.m.
23       The sentencing date in this case was set for October 23,
24  2009.  The Court is unavailable on that date and reset the
25  sentencing hearing for November 4, 2009.  Defense counsel is
26  unavailable on November 4, 2009.  The first date the Court,
27  ///
28  ///
```

1

counsel for the government and counsel for the defense are all available is December 11, 2009.

DATED:  October 5, 2009          Respectfully submitted,


                                  /s/Kresta Daly_____
                                 KRESTA DALY
                                 Attorney for Chungjeng Tang



                                  /s/Kresta Daly_____
DATED:  October 5, 2009          KYLE REARDON
                                 Assistant United States Attorney



                         **O R D E R**

   **IT IS SO ORDERED.**


DATED: 10/6/2009
                                 /s/ Edward J. Garcia
                                 HONORABLE EDWARD J. GARCIA

2