IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
           Plaintiff,

    v.                         CR. NO. S-09-0444 JAM

JERRY VAN LE,
           Defendant.
_____/
UNITED STATES OF AMERICA,
           Plaintiff,
    v.

                            CR. NO. S-09-0159 EJG
CHUNG JENG TANG,
           Defendant.
_____/
UNITED STATES OF AMERICA,
           Plaintiff,
    v.

                            CR. NO. S-09-0172 EJG
TEHAN FERGUSON,
           Defendant.
_____/
UNITED STATES OF AMERICA,
           Plaintiff,
    v.

                            CR. NO. S-09-0173 EJG
NATHAN BITNER,
           Defendant.
_____/
UNITED STATES OF AMERICA,
           Plaintiff,
    v.

COREY EBANKS,                CR. NO. S-09-0174 EJG
           Defendant.
_____/
UNITED STATES OF AMERICA,
           Plaintiff,
    v.

KEILAN JOHNSON,          CR. NO. S-09-0175 EJG
           Defendant.
_____/   RELATED CASE ORDER

1

1    The United States Attorney's Office has filed a Notice of

2  Related case seeking to relate United States v. Jerry Van Le, Cr.

3  No. 09-0444 JAM, to the other above-captioned cases. Examination

4  of Le reveals it is related to the other actions within the

5  meaning of Eastern District Local Rule 83-123.  The cases arise

6  out of the same law enforcement investigation and present common

7  factual and legal issues.  Accordingly, assignment of the matters

8  to the same judge will effect a saving of judicial effort and is

9  also likely to be convenient for the parties.

10    Relating the cases merely results in assignment to the same

11  judge; no consolidation is effected.  Under the regular practice

12  of this court related cases are generally assigned to the judge

13  to whom the first filed action was assigned.

14    IT IS THEREFORE ORDERED that the action entitled United

15  States v. Jerry Van Le, Cr. No. S-09-0444 JAM, is hereby

16  reassigned to Judge Edward J. Garcia for all further proceedings;

17  the caption on documents filed in the reassigned case shall be

18  shown as Cr. No. S-09-0444 EJG. ***A status conference in the***

19  ***reassigned case shall be at 10:00 a.m., February 5, 2010 before***

20  ***Judge Garcia.*** IT IS FURTHER ORDERED that the Clerk of the Court

21  make appropriate adjustment in the assignment of criminal cases

22  to compensate for this reassignment.

23    IT IS SO ORDERED.

24  Dated: January 25, 2010        /s/ Edward J. Garcia
                                   EDWARD J. GARCIA, JUDGE
25                                 UNITED STATES DISTRICT COURT

26                                   2