UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

MEMORANDUM

FILED
MAY 8 2012
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

Honorable Edward J. Garcia
Senior United States District Judge
Sacramento, California

RE: **Chung Jeng TANG**
**Docket Number: 2:09CR00159-01**
**PERMISSION TO TRAVEL**
**OUTSIDE THE COUNTRY**

Your Honor:

The offender is requesting permission to travel to Vancouver, Canada. He is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:** On January 8, 2010, Mr. Tang was sentenced for the offenses of 18 USC 1014 - False Statement in Loan and Credit Application, and 42 USC 408 - Unlawful Use of a Social Security Number.

**Sentence imposed:** 12 months and 1 day custody of the Bureau of Prisons; 60 months Supervised Release; $200 Special Assessment (paid in full); and $75,875.90 Restitution ($44,467.95 paid). **Special Conditions:** Warrantless search; Asset restrictions; Financial disclosure; and No new credit/debit.

**Dates and Mode of Travel:** Mr. Tang would like to travel from June 11, 2012, to June 18, 2012, via airline. His travel itinerary has been confirmed.

**Purpose:** Mr. Tang has requested travel to Canada to vacation with his wife and her parents. He has been compliant with all conditions of supervision thus far. He signed a payment agreement to pay a minimum of $50-per-month toward his financial obligation. Several items were forfeited and have been applied to his restitution order. His wife advises her parents will be supporting them financially during their trip.

RE:     Chung Jeng TANG
        Docket Number: 2:09CR00159-01
        <u>PERMISSION TO TRAVEL OUTSIDE THE COUNTRY</u>

Respectfully Submitted,

/s/Julie A. Fowler
**JULIE A. FOWLER**
**United States Probation Officer**

DATED:     May 8, 2012
            Roseville, California
            /jaf

REVIEWED BY:    /s/Kyriacos M. Simonidis
                     **KYRIACOS M. SIMONIDIS**
                     **Supervising United States Probation Officer**

---

**ORDER OF THE COURT:**

Approved ✓             Disapproved _____

5/8/12
**Date**

                                                  *[signature]*
                                         **Edward J. Garcia**
                                         **Senior United States District Judge**