UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

MEMORANDUM



FILED

OCT - 3 2012



CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

Honorable Edward J. Garcia
Senior United States District Judge
Sacramento, California

RE: **Chung Jeng TANG**
**Docket Number: 2:09CR00159-01**
**PERMISSION TO TRAVEL**
<u>**OUTSIDE THE COUNTRY**</u>

Your Honor:

The offender is requesting permission to travel to Kota Kinabalu, Malaysia. He is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:** On January 8, 2010, Mr. Tang was sentenced for the offenses of 18 USC 1014 - False Statement in Loan and Credit Application, and 42 USC 408 - Unlawful Use of a Social Security Number.

**Sentence imposed:** 12 months and 1 day custody of the Bureau of Prisons; 60 months Supervised Release; $200 Special Assessment (paid in full); and $75,875.90 Restitution ($45,615.95 paid). **Special Conditions:** Warrantless search; Asset restrictions; Financial disclosure; and No new credit/debit.

**Dates and Mode of Travel:** Mr. Tang would like to travel from November 1, 2012, to November 29, 2012, via airline. His travel itinerary has been confirmed.

**Purpose:** Mr. Tang has requested travel to Malaysia for business purposes. His wife owns a car dealership in Sacramento, California, where Mr. Tang is employed as a manager. The business is financing the trip, which is focused on exporting used construction equipment from the United States to Malaysia. Mr. Tang is traveling alone and will stay at the home of his wife's parents, who reside in Kota Kinabalu. He has remained compliant with all conditions of supervision thus far. He signed a payment

RE:  Chung Jeng TANG
     Docket Number: 2:09CR00159-01
     **PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**

agreement to pay a minimum of $50-per-month toward his financial obligation. Several items were forfeited and have been applied to his restitution order.

Respectfully submitted,

/s/Julie A. Fowler
**JULIE A. FOWLER**
**United States Probation Officer**

DATED:   October 2, 2012
         Roseville, California
         /jaf

REVIEWED BY:   /s/ Kyriacos M. Simonidis
               **KYRIACOS M. SIMONIDIS**
               **Supervising United States Probation Officer**

---

**ORDER OF THE COURT:**

Approved ✓                    Disapproved _____

10/3/12
Date                          Edward J. Garcia
                              Senior United States District Judge